**EXHIBIT 1:** SCREENGRAB FROM VIDEO #1

