**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.instagram.com/reel/CbZ31LJqeQp/

