UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Viral DRM, LLC,

                        Plaintiff,

              v.

EVTV Miami Inc.,

                        Defendant.

Case No: 1:23-cv-22903-RKA

**PLAINTIFF'S MOTION FOR CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT**

Plaintiff Viral DRM, LLC ("Plaintiff"), via counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, moves for entry of a default by the Clerk of Court against Defendant EVTV Miami Inc ("Defaulting Defendant") and states:

1. Plaintiff filed suit against Defendant on August 4, 2023. [Dkt. No. 1]. This is an action seeking damages against the Defaulting Defendant arising from the Defaulting Defendant's unauthorized use of the Plaintiff's copyrighted work on its online account and the infringement of the Plaintiff's copyrights in accordance with 17 U.S.C. § 501 et seq.

2. The court issued a summons to the Defaulting Defendant August 4, 2022. [Dkt. No. 3].

3. The Defaulting Defendant, upon information and belief, is a Florida Corporation with a principal place of business at 7620 Northwest 25th Street, Suite 5, Miami in Miami-Dade County, Florida.

4. On November 2, 2023, Plaintiff moved the Court for an order authorizing alternate service of process son Defaulting Defendant [Dkt. No. 7], which the Court granted on November 2, 2023. [Dkt. No. 8].

5. Thereafter, on November 3, 2023, Plaintiff served a copy of the Summons, Complaint and Exhibits, and Civil Cover Sheet upon the Defaulting Defendant via those authorized alternate means, and filed the Certificates of Service on November 6, 2023. [Dkt. Nos. 9 and 10].

6. In a paperless Order dated November 28, 2023, the Court found that the November 27, 2023, deadline for the Defaulting Defendant to respond to the Complaint had passed, and that the Defaulting Defendant had failed to respond to the Complaint, or otherwise appear in this case at all. [Dkt. No. 11].

7. In light of Defaulting Defendant's failure to timely respond to the Complaint or otherwise appear in this action, the Court directed Plaintiff to move for Clerk's Entry of Default by December 1, 2023. [Dkt. No. 11].

8. Defaulting Defendant is not an infant or incompetent. Defaulting Defendant is not presently in the military service of the United States as appears from facts in this litigation.

9. This action seeks judgment against the Defaulting Defendant for statutory damages, or, in the alternative, actual damages and the Defaulting Defendant's wrongful profits, costs, and attorneys' fees.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of Court enter a default against Defendant EVTV Miami Inc., and that a certificate of default be issued.

DATED: November 29, 2023

                        **SANDERS LAW GROUP**

                        By:   */s/ Craig Sanders*
                        Craig Sanders, Esq. (Fla Bar 0985686)
                        333 Earle Ovington Blvd, Suite 402
                        Uniondale, NY 11553
                        Tel: (516) 203-7600
                        Email: csanders@sanderslaw.group
                        File No.: 126085
                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2023, I cause to be served via USPS mail a copy of the foregoing request for default on:

EVTV Miami Inc.
7620 Northwest 25th Street, Suite 5,
Miami, FL 33122

                                       */s/ Craig Sanders*
                                       Craig Sanders, Esq.