# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-354-516**

**Effective Date of Registration:**
April 22, 2022

**Registration Decision Date:**
June 22, 2022

---

## Title

        **Title of Work:**  3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication

        **Year of Completion:**  2022
        **Date of 1st Publication:**  March 21, 2022
        **Nation of 1st Publication:**  United States

## Author

        • **Author:**  Ronald Brian Emfinger
        **Author Created:**  entire motion picture
        **Work made for hire:**  No
        **Domiciled in:**  United States

## Copyright Claimant

        **Copyright Claimant:**  Michael Brandon Clement
        1315 Carroll Drive, Terry, MS, 39170, United States
        **Transfer statement:**  By written agreement

        **Copyright Claimant:**  Brett Adair
        210 Veazey Drive, Childersburg, AL, 35004, United States
        **Transfer statement:**  By written agreement

## Certification

        **Name:**  Craig Sanders
        **Date:**  April 22, 2022

**Registration #:** PA0002354516
**Service Request #:** 1-11334314411



Craig Sanders
Sanders Law Group
100 Garden City Plaza, Suite 500
Garden City, New York 11530 United States