

**Live Storms Media LLC**
P. O. Box 388
Childersburg, AL  35044
(256)267-7747
LSMinvoice@gmail.com
www.livestormsmedia.com

# Invoice  6682

**BILL TO**

██████████████████
███████
███████████████
███
████████████
████████████████
███████
██████████████
█████████
████████
█████████████
███████

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 07/13/2022 | $0.00 | 08/12/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/15/2022 | Stock Video | 03-21-2022 Elgin, TX - Tornado And Red Truck 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away<br><br>Photog: Viral DRM<br><br>Purchased By: ████████████████ ████████<br><br>Terms: All Media - Worldwide - In Perpetuity - Only ██████████████████████ | 1 | 21,000.00 | 21,000.00 |

FOOTAGE PROVIDED BY LIVE STORMS MEDIA, LLC AND IS GRANTED FOR NON-EXCLUSIVE, 30-DAY LICENSE ONLY UNLESS OTHERWISE NOTED. ALL FOOTAGE LISTED ABOVE SHALL NOT BE RESOLD OR OTHERWISE GIVEN TO THIRD PARTIES. ALL UNPAID INVOICES OVER 45 DAYS FROM THE DATE OF THE ORIGINAL INVOICE WILL BE CHARGED A FIFTEEN PERCENT (15%) SERVICE CHARGE OF THE OUTSTANDING INVOICE BALANCE.

PAYMENT                    21,000.00

TOTAL DUE                  $0.00

THANK YOU.



**Live Storms Media LLC**
P. O. Box 388
Childersburg, AL  35044
(256)267-7747
LSMinvoice@gmail.com
www.livestormsmedia.com

# Invoice  6627

**BILL TO**

█████████

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 06/28/2022 | $3,000.00 | 07/28/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/08/2022 | Stock Video | 03-21-2022 Elgin, TX - Red Truck takes a ride in a tornado and drives away | 1 | 3,000.00 | 3,000.00 |
| | | Terms: ████████████ - 10 Weeks Maximum for Television Use | | | |
| 04/08/2022 | ███ Terms | The material will be used across all █████ Platforms, ████████████ ██████████████ in all media now known or hereafter devised, for 30 days of nonexclusive use. | 1 | 0.00 | 0.00 |

FOOTAGE PROVIDED BY LIVE STORMS MEDIA, LLC AND IS GRANTED FOR NON-EXCLUSIVE, 30-DAY LICENSE ONLY UNLESS OTHERWISE NOTED. ALL FOOTAGE LISTED ABOVE SHALL NOT BE RESOLD OR OTHERWISE GIVEN TO THIRD PARTIES. ALL UNPAID INVOICES OVER 45 DAYS FROM THE DATE OF THE ORIGINAL INVOICE WILL BE CHARGED A FIFTEEN PERCENT (15%) SERVICE CHARGE OF THE OUTSTANDING INVOICE BALANCE.

**TOTAL DUE**      **$3,000.00**

THANK YOU.