UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIRAL DRM, LLC,

          Plaintiff,                      Case No. 1:23-cv-22903-RKA

          v.

EVTV MIAMI INC.,

          Defendant.

-----------------------------------------------------/

**<u>DECLARATION OF CRAIG B. SANDERS</u>**

      CRAIG B. SANDERS, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

      1.     I am an attorney duly admitted to practice law before this Court and am the managing member of Sanders Law Group, attorneys for plaintiff Viral DRM, LLC ("Plaintiff") in this action. As such, I have personal knowledge of all facts and circumstances upon which this Declaration is based, except for those facts and circumstances set forth upon information and belief and, as to those facts, I believe them to be true, based upon conversations with my client, review of my file, and my personal involvement in this case.

      2.     I submit this declaration in support of Plaintiff's Motion for Default Final Judgment against defendant EVTV Miami Inc. ("Defendant") pursuant to Fed.

R. Civ. P. 55(b) and Local Rule 7.1 and the Court's inherent power, granting Plaintiff's default judgment against Defendant.

3. In support of the portion of the motion which asks the Court to fix an award of fees and damages, in submit the following: I received my Juris Doctor from the University of Pennsylvania Law School in 1993 and am a founding partner in the law firms of Sanders Law, PLLC and Sanders Law Group. I was first admitted to practice law in Florida in 1993, and then New York shortly thereafter in January 1994. In addition to New York and Florida, I am currently admitted to practice law in the states of California, Utah, Colorado, Maryland, Washington and New Jersey. I am also admitted to practice law in the Federal Courts of Arkansas (both districts), California (all four Districts), Colorado, Connecticut, District of Columbia, Florida (all three Districts), Illinois (all three Districts as a lead trial attorney), Indiana (both Districts), Maryland, Michigan (Eastern and Western Districts), Nebraska, New Jersey, New York (all four Districts), Ohio (Northern District), Oklahoma (Western and Northern Districts), Tennessee (all three Districts), Texas (all four Districts), Utah, and Wisconsin (both Districts). In addition to the District Cout admissions, I am also admitted to the Second, Third, Fifth, Ninth, and Tenth Circuit Courts of Appeals and have argued appeals in each of these circuits. I am in good standing in the above-referenced courts and have never been disciplined by any bar. During the course of my thirty (30) year professional carrier, I have focused on Federal

Litigation involving civil litigation with a heavy focus on intellectual property matters including copyright and trademark.

4. Jaymie Sabilia-Heffert is an associate with the law firm of Sanders Law Group. She received her Juris Doctor from Touro Law School in 2015 and was admitted to practice in the Courts of the State of New York in 2016. She was admitted to practice in the United States District Court for the Southern District of New York in 2018 and the Northern District of New York in 2019. During the course of her seven-year professional career, she has focused her practice primarily on litigation involving civil matters in both State and Federal Courts. Her current hourly rate is $450.00 per hour for the prosecution of copyright infringement matters.

5. Concerning the billing records attached to this Declaration, I have reviewed the billing records of the firm as I am the one who maintains the firm's billing records and supervises the firm's billing procedures and policies. It is my belief that the entries on the billing records attached hereto as <u>Exhibit 1</u> are reasonable for the successful prosecution of this case

6. My hourly rate of $700/hr. for the prosecution of copyright infringement matters is well within the range of hourly billing for similarly experienced attorneys according with the Report of the Economic Survey (2021) for the American Intellectual Property Law Association (<u>Exhibit 2</u>).

7. Plaintiff incurred and seeks reimbursement for costs in the amount of $568.25, which includes a $402 filing fee for which Plaintiff requests this Court take judicial notice, a $77.25 service of process fee from Gotcha Legal Services, Inc. and a $89.00 service of process fee from Brandywine Process Servers, Ltd. Invoices for the service of process fees are attached hereto as Exhibit 3.

Dated: December 11, 2023

SANDERS LAW GROUP

By: /s/ Craig B. Sanders
Craig B. Sanders, Esq.
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Counsel for Plaintiff*