Case No. 1:23-cv-22903-RKA
EXHIBIT 1 – Time Billing Records

| DATE | TIMEKEEPER | DESCRIPTION | TIME (Hr) | RATE | EXTENDED |
|---|---|---|---|---|---|
| 2023-01-02 | Craig Sanders | Review of new copyright referral | 0.3 | $700.00 | $210.00 |
| 2023-07-24 | Ryan Feldman | Review of copyright case; confirmed registration; checked defendant state DOS; confirmed service address; confirm screengrab and video information; drafted complaint | 1.5 | $125.00 | $187.50 |
| 2023-08-02 | Jaymie Sabilia-Heffert | Reviewed draft complaint; reviewed infringements, registration, SOS information; approved to forward to client for verification | 1.0 | $450 | $450.00 |
| 2023-08-02 | Ryan Feldman | Prepared client verification form; forwarded to client | 0.3 | $125 | $37.50 |
| 2023-08-04 | Laura Costigan | Received client verification; prepared civil cover sheet; request for summons; e-commenced new copyright case | 1.0 | $125 | $125.00 |

Case No. 1:23-cv-22903-RKA
**EXHIBIT 1 – Time Billing Records**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2023-08-04 | Laura Costigan | Added judicial assignments and docket number to system; downloaded summons; prepared packet for process server | 0.4 | $125.00 | $50.00 |
| 2023-11-01 | Jaymie Sabilia-Heffert | Review status of service of process and case docket | 0.3 | $450.00 | 135.00 |
| 2023-11-02 | Jaymie Sabilia-Heffert | Conduct research to support Motion for Alternative Service; draft motion and prepare exhibits | 3.5 | $450.00 | $1,575.00 |
| 2023-11-02 | Craig Sanders | Reviewed and approved motion for alt. service for filing | 0.5 | $700.00 | $350.00 |
| 2023-11-02 | Jaymie Sabilia-Heffert | File motion for alt. service via ECF | 0.2 | $450.00 | $90.00 |
| 2023-11-06 | Laura Costigan | Prepared packets of service for alternative service; served complaint upon Defendant accordingly; filed Certificates of Service via ECF | 0.5 | $125.00 | $62.50 |

Case No. 1:23-cv-22903-RKA
**EXHIBIT 1 – Time Billing Records**

| | | | | | |
|---|---|---|---|---|---|
| **2023-11-29** | Jaymie Sabilia-Heffert | Reviewed docket; drafted clerk's certificate of default; e-filed same | 0.3 | $450.00 | $135.00 |
| **2023-12-11** | Jaymie Sabilia-Heffert | Reviewed judge and local rules re. default judgment practice drafted default judgment motion package; e-filed same | 8.0 | $450.00 | $3,600.00 |
| | | **TOTALS** | **17.8** | | **$7,007.50** |

| Timekeeper | Position | Hourly Rate | Hours | Extended |
|---|---|---|---|---|
| Craig B. Sanders | Senior Partner (30th year) | $700.00 | 0.8 | $560.00 |
| Jaymie Sabilia-Heffert | Associate (7th year) | $450.00 | 13.3 | $5,985.00 |
| Ryan Feldman | Paralegal | $125.00 | 1.8 | $225.00 |

Case No. 1:23-cv-22903-RKA
**EXHIBIT 1 – Time Billing Records**

| | | | | |
|---|---|---|---|---|
| Laura Costigan | Paralegal | $125.00 | 1.9 | $237.50 |
| **Total** | | | **17.8** | **$7,007.50** |

**COSTS**

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| **2023-08-04** | Court Filing Fee | $402.00 |
| **2023-09-20** | Service Cost | $77.25 |
| **2023-10-09** | Service Cost | $89.00 |
| | TOTAL | $568.25 |