**BRANDYWINE PROCESS SERVERS, LTD.**

PO BOX 1360
Wilmington, DE  19899
302-475-2600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

| **BILL TO** | |
|---|---|
| SANDERS LAW GROUP | **INVOICE #** 12138 |
| 333 Earle Ovington Blvd Ste 402 | **DATE** 10/09/2023 |
| UNIONDALE, NY  11553 | **DUE DATE** 11/08/2023 |
| | **TERMS** Net 30 |

| DATE | CASE CAPTION | AMOUNT |
|---|---|---|
| 10/09/2023 | VIRAL DRM LLC     V     EVTV MIAMI INC<br>NOT SERVED<br>SERVICE REFUSED AT 3411 SILVERSIDE RD<br>NOT AGENT & CARLOS I AGUILAR IS UNKNOWN | 89.00 |
| | BALANCE DUE | **$89.00** |

TAX ID # 51-0267938



# Thank you for your payment!

| | |
|---|---|
| **Payment Date:** | 2023-09-20 |
| **Payment Total:** | $75.00 |
| **Surcharge:** | $2.25 |
| **Total with Surcharge:** | $77.25 |
| **Payment Method:** | CC 0887 |

| Job Number | Servee Name | Client Reference | Amount |
|---|---|---|---|
| 2023016581 | EVTV MIAMI INC. | None | $75.00 |
| **Total:** | | **$75.00** | |

Copyright © 2023 DreamBuilt Software, Inc. All rights reserved.

Powered by PST