UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIRAL DRM, LLC,

   Plaintiff,       Case No. 1:23-cv-22903-RKA

    v.

EVTV MIAMI INC.,

   Defendant.

_____/

### [PROPOSED] DEFAULT FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with this Court's Order Granting Default Final Judgment [Dkt. No. \_\_ ], entered separately on _____, 2023, it is hereby **ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** in favor of plaintiff Viral DRM, LLC ("Plaintiff"), and against Defendant EVTV Miami Inc. ("Defendant") as follows:

1. Plaintiff shall recover the total sum of $37,575.75 from Defendant, for which sum let execution issue, plus post judgment interest per annum at the applicable statutory rate;

2. Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c);

3. Pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's copyrighted video as is set forth

1

in the Complaint;

4. Defendant shall pay $7,007.50 in attorneys' fees and $568.25 in costs under 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d);

5. Defendant shall post-judgment interest under 28 U.S.C.A § 1961;

6. This Court retains jurisdiction over any matter pertaining to this judgment; and

7. This case is dismissed and the Clerk of the Court shall remove it from the docket.

This is a final appealable order. See Fed. R. App. P. 4(a).

**DONE AND ORDERED** in Chambers, Miami, Florida, on this _____ day of _____, 2023.

**SO ORDERED**

_____
HON. ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE