UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIRAL DRM, LLC,

        Plaintiff,                        Case No. 1:23-cv-22903-RKA

        v.

EVTV MIAMI INC.,

        Defendant.

-----------------------------------------------------/

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR DEFAULT FINAL JUDGMENT**

      **WHEREAS**, this matter came before the Court on plaintiff Viral DRM, LLC's ("Plaintiff") Motion for Default Final Judgment (Dkt. No. 15) under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

      **WHEREAS**, on November 30, 2023, the Clerk entered default against defendant EVTV Miami Inc. ("Defendant") for failure to appear, answer, or otherwise respond to the complaint filed herein within the time required by law. [Dkt. No. 13]. Defendant subsequently failed to move to set aside the Clerk's Default or respond within the time permitted by the Rules;

      **WHEREAS**, Plaintiff filed its Motion for Default Final Judgment [Dkt. No. 15]. Defendant subsequently failed to move to set aside the Motion for Default Final Judgment within the time permitted by the Rules; Therefore, the Court having

1

reviewed the record, finding no response filed, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment [Dkt. No. 15] is GRANTED;

2. The Court will enter a separate default final judgment pursuant to Rule 58 in favor of Plaintiff Viral DRM, LLC and against Defendant EVTV Miami Inc., in the sum of $37,575.75 pursuant to 17 U.S.C. § 504(c) and § 505, plus interest, commencing on _____, 2023, and going forward;

**DONE AND ORDERED** in Chambers, Miami, Florida, on this _____ day of _____, 2023.

**SO ORDERED**

_____
HON. ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE