UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Viral DRM, LLC,

                                                   Case No. 1:23-cv-22903-RKA

        Plaintiff,

           v.

EVTV Miami Inc.,

        Defendant.

_____/

## NOTICE OF STRIKING DOCKET ENTRY NO. 16

Plaintiff Viral DRM, LLC ("Plaintiff"), by and through its undersigned counsel, hereby files this Notice of Striking Docket Entry No. 16, Certificate of Service, for inadvertently having filed a non-compliant certificate as per Section 3J(1) of CM/ECF Admin Procedures and L.R. 5.1(b). The compliant Certificate of Service will be immediately re-filed.

Dated: December 15, 2023

                                                              **SANDERS LAW GROUP**

                                                              By:   */s/ Craig Sanders*
                                                              Craig Sanders, Esq. (Fl. Bar 0985686)
                                                              333 Earle Ovington Blvd, Suite 402
                                                              Uniondale, NY 11553
                                                              Tel: (516) 203-7600
                                                              Email: csanders@sanderslaw.group
                                                              *Attorneys for Plaintiff*