UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22903-ALTMAN/Reid

**VIRAL DRM, LLC**,

 *Plaintiff*,

v.

**EVTV MIAMI, INC.**,

 *Defendant*.

_____/

# FINAL JUDGMENT

In a separate Order [ECF No. 25], we granted the Plaintiff's Motion for Entry of Default Final Judgment [ECF No. 15]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that:

1. Judgment is entered in favor of the Plaintiff, Viral DRM, LLC.

2. The Defendant, EVTV Miami, Inc., is **ENJOINED** from continuing to store or display the Plaintiff's copyrighted video under 17 U.S.C. § 502(a).

3. The Plaintiff is entitled to judgment against the Defendant in the amount of **$30,000** under 17 U.S.C. § 504(c).

4. The Plaintiff is entitled to recover reasonable attorneys' fees and costs in the amount of **$7,575.75** under 17 U.S.C. § 505 and FED. R. CIV. P 54(d).

5. We'll retain jurisdiction over this case to enforce this Order.

**DONE AND ORDERED** in the Southern District of Florida on February 22, 2024.

                 _____
                 **ROY K. ALTMAN**
                 **UNITED STATES DISTRICT JUDGE**

cc: counsel of record