**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-22903-ALTMAN/REID

VIRAL DRM, LLC,

      Plaintiff,

      v.

EVTV MIAMI, INC.,

      Defendant.

_____/

**PLAINTIFF VIRAL DRM, LLC'S MOTION FOR ISSUANCE**
**OF A WRIT OF GARNISHMENT AND INCORPORATED**
**<u>MEMORANDUM OF LAW</u>**

NOW COMES Plaintiff Viral DRM, LLC ("Plaintiff") by and through its undersigned counsel, pursuant to Rules 64 and 69(a)(1) of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 and § 77.03 moves on the following grounds for an Order directing the Clerk of Court to issue a writ of garnishment to Regions Bank ("Garnishee"), whose address is 8200 NW 36th Street, Miami, Florida 33166, to enforce and satisfy Plaintiff's judgment against the defendant EVTV Miami, Inc. ("Defendant") and states as follows:

**<u>STATEMENT OF FACTS</u>**

1.     This case arises under the Copyright Act (17 U.S.C. § 101, *et seq.*).

1

Plaintiff commenced this action upon discovering that Defendant copied, stored and displayed its copyright-protected video without license or permission in violation of *inter alia,* 17 U.S.C. § 501.

2. The Complaint in this action was filed on August 4, 2023. *Dkt. No.* 1, *et seq.*

3. The Clerk of the Court issued the requested summons on the same date. *Dkt. No.* 3.

4. By Order dated November 2, 2023, the Court granted Plaintiff leave to effectuate service of process by alternate means. *Paperless Order dated November 2, 2023.*

5. Plaintiff served Defendant with process in accordance with the Court's Order and filed proof of such service on November 6, 2033. *Dkt. Nos. 9-10.*

6. Defendant failed to timely Answer or otherwise appear and, as a result, on November 29, 2023, Plaintiff filed a motion for the entry of a Clerk's default. *Dkt. No.* 12, *et seq.*

7. The Clerk entered notation of Defendant's default on November 30, 2023. *Dkt. No.* 13.

8. Thereafter, Plaintiff filed a motion for default judgment on December 11, 2023. *Dkt. No.* 15, *et seq.*

9. By Order dated February 22, 2024, the Court granted Plaintiff's motion

2

for default judgment. *Dkt. No.* 25. On the same date, the Clerk entered judgment in accordance with the Court's Order, awarding Plaintiff the sum of $30,000.00 under 17 U.S.C. § 504(c), plus costs and fees in the amount of $7,575.75, for a total judgment in the amount of $37,575.75. *Dkt. No.* 26.

10. The undersigned counsel hereby certifies that no payments have been received on account of this judgment as of the date of this motion.

11. Plaintiff believes that the Garnishee has possession or control of tangible or intangible assets of Defendant in the above titled action and respectfully requests that a writ of garnishment be duly entered as against Garnishee.

## **MEMORANDUM OF LAW**

Rule 69(a) governs enforcement of a money judgment by writ of execution in accordance with applicable state law procedures. *See Branch Banking & Tr. Co. v. Carrerou*, 730 F. App'x 869, 870 (11th Cir. 2018) (quotingFed. R. Civ. P. 69(a)(1)).

Under Florida Statutes § 77.01 and § 77.03, a party may seek a writ of garnishment once judgment has been entered in its favor. *Id.*; Fla. Stat. § 77.01; Fla. Stat. § 77.03. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of judgment. Fla. Stat. § 77.03.

Pursuant to Fla. Stat. § 77.041, if the judgment debtor is an individual, the Clerk of Court must attach a Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property to a writ of garnishment. Fla. Stat. § 77.04. Here,

the Defendant is a corporation organized and existing under the laws of the state of Florida and, therefore, the provisions of Fla. Stat. § 77.041 are not implicated.

Upon information and belief, the judgment debtor EVTV Miami, Inc. maintains checking, savings, or other depository accounts with Regions Bank, with an address at 8200 NW 36th Street, Miami, Florida 33166. *A writ of garnishment directed to Regions Bank is attached hereto as Exhibit 1*.

To assist Plaintiff with enforcing and satisfying its judgment against Defendant, Plaintiff respectfully requests that the Court direct the Clerk of Court issue the attached writ of garnishment.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court issue a writ of garnishment, and grant such other and further relief that may be awarded at law or in equity.

Dated:     Uniondale, NY
           October 15, 2025

**SANDERS LAW GROUP**

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
Florida Bar No. 985686
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group

*Counsel for Plaintiff/Judgment Creditor Viral DRM, LLC*

4

5