# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22903-ALTMAN/REID

VIRAL DRM, LLC,

      Plaintiff,

v.

EVTV MIAMI, INC.,

      Defendant.

_____/

## WRIT OF GRNISHMENT

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to summon Garnishee, REGIONS BANK (i) at 8200 NY 36th Street, Miami, Florida 33166, or (ii) through any Executive Officer of the financial institution at its principal place of business in this state, or (iii) through any officer, director, or business agent of REGIONS BANK at its principal place of business or (iv) at any other branch, office, or place of business in the state, to serve an answer to this Writ on REGIONS BANK c/o Craig B. Sanders, Sanders Law Group, 333 Earle Ovington Blvd., Suite 402, Uniondale, New York 11553, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney

1

or immediately thereafter, stating whether the Garnishee is indebted to Defendant, EVTV MIAMI, INC. (contact Plaintiff's counsel for identifying information), whether at the time of the answer or was indebted at the time of service of the Writ (plus sufficient time not to exceed one business day to expeditiously act upon the Writ), or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the Garnishee has in its possession or control at the time of the answer or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may have any of the property of the Defendant in its possession or control. The amount set in Plaintiff's motion is **$37,575.75**.

**DONE AND ORDERED** at United States District Court, Southern District of Florida, Miami Division, this ____ day of _____, 2025.

                        Clerk of Southern District of Florida Miami Division

                        By:_____
                              Clerk of the Southern District of
                              Florida/Miami Division