UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22903-ALTMAN/REID

VIRAL DRM, LLC,

      Plaintiff,

    v.

EVTV MIAMI, INC.,

      Defendant.

_____/

**[PROPOSED] ORDER**

    THIS CAUSE having come before the Court on the motion of the plaintiff, Viral DRM, LLC ("Plaintiff") for issuance of a writ of garnishment against Regions Bank, as garnishee for the defendant EVTV Miami, Inc. ("Defendant"), filed on October 15, 2025, and the Court having reviewed the motion, the record and being otherwise duly advised, it is hereby **ORDERED** that:

1. Plaintiff's motion for the issuance of a writ of garnishment is **GRANTED**; and

2. The Clerk of the Court is DIRECTED to enter and serve the writ of garnishment as attached to the motion.

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_ day of

1

_____, 2025.

                                      _____
                                      Hon. Roy K. Altman
                                      United States District Judge